# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MORRIS WILLIS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **PAMELA DEMBE et al.,** | : | **NO. 15-3821** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 5th day of July, 2016, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (Docket No. 11), Defendants CCP of Philadelphia, Pamela Dembe, D. Webster Keogh, and Albert F. Sabo's Motion to Dismiss (Docket No. 12), and Plaintiff's responses thereto (Docket Nos. 13, 15), it is hereby **ORDERED** that the Motions (Docket Nos. 11, 12) are **GRANTED**. Mr. Willis's claims are **DISMISSED**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge